IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )
                               )
       v.                      )      No. 3:11-CR-8
                               )
DONALD EUGENE FLENNIKEN,       )      (VARLAN/SHIRLEY)
CONSTANCE MOORE, and           )
CHERYL BELKOFER,               )
                               )
              Defendants.      )

# O R D E R

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C.

§ 636(b) for disposition or report and recommendation regarding disposition by the District Court

as may be appropriate. This case is before the Court on Defendant Flenniken's Motion for

Continuance [Doc. 44] and Defendant Belkofer's Motion to Extend Pretrial Motion Filing Deadline

[Doc. 45], both filed on March 9, 2011, and on Defendant Moore's Motion to Adopt Motions to

Continue Deadlines [Doc. 46], filed on March 10, 2011. The Defendants ask to extend the March

10, 2011 motion-filing deadline to March 21, 2011, because defense counsel need additional time

to prepare pretrial motions. Defendant Belkofer's counsel states that his case load, specifically an

impending trial in another case, has depleted the time that he needs to determine whether pretrial

motions will be necessary in this case. Defendant Flenniken's motion relates that the Government

does not oppose his requested extension of the motion deadline. Defendant Moore asks to join in

the motions of her Codefendants.

The Court finds that the Defendants have shown good cause for the requested extension, and

the motions [**Docs. 44, 45, and 46**] to extend the motion-filing deadline are **GRANTED**. All pretrial

motions must be filed on or before **March 21, 2011**.  The Government's response deadline is likewise extended to **April 4, 2011**.  The pretrial conference remains set for **April 7, 2011, at 1:30 p.m.**  At that time, the Court will hear any pretrial motions that are filed.  All other dates and deadlines in the case shall remain the same at this time.

       **IT IS SO ORDERED.**

                         ENTER:

                        ___s/ C. Clifford Shirley, Jr.___
                        United States Magistrate Judge